■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK S. SNYDER, Appellant. (Appeal No. 2.) [54 NYS3d 900]— Appeal from a judgment of the Seneca County Court (Dennis F. Bender, J.), rendered September 16, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Snyder* ([appeal No. 1] 151 AD3d 1939 [2017]). Present—Whalen, P.J., Peradotto, DeJoseph, Curran and Winslow, JJ.